# IN THE SUPREME COURT OF THE STATE OF NEVADA

AVRAHAM DANINO,
Appellant,
vs.
ARIA RESORT & CASINO HOLDINGS, LLC,
Respondent.

No. 82717

**FILED**

APR 20 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on April 2, 2021, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. Veronica Barisich, District Judge
        Avraham Danino
        Sklar Williams LLP
        Eighth District Court Clerk

21-11357